IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CHRISTUS TRINITY CLINIC,** § | |
| § | |
| **APPLICANT,** § | |
| § | |
| vs. § | **MISC. NO. 3:19-MC-89-N** |
| § | |
| **JOEL RALEY UNDERWOOD, M.D.,** § | |
| § | |
| **RESPONDENT.** § | |

## FINAL JUDGMENT

Consistent with the Court's *Order Confirming Arbitration Award* signed this date, IT IS **ORDERED, ADJUDGED AND DECREED** that Joel Raley Underwood MD take nothing by the arbitration and his claims be, in all things, **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the *Protective Order* entered in the arbitration proceeding is incorporated herein. Accordingly, within thirty (30) days from the date of this *Final Judgment* all Confidential Material (as defined in the *Protective Order*) and all copies thereof in the possession, custody, or control of any party or the party's attorney or any Authorized Persons (as defined in the *Protective Order*) to whom Confidential Material has been disclosed in accordance with the *Protective Order* shall be returned to the party producing the same; and all notes, memoranda, summaries, or other documents in the possession, custody, or control of any party referring to or describing the Confidential Material shall be destroyed, and counsel for the respective parties shall provide written confirmation to opposing counsel that the requirements of this paragraph may have been met.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that each party bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that CHRISTUS Trinity Clinic is responsible for all arbitration fees and expenses.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all other relief not expressly granted herein is **DENIED.**

This is a final judgment.

**SIGNED** this 25th day of November, 2019.

_____
**DAVID C. GODBEY**
**UNITED STATES DISTRICT JUDGE**